**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the United States Department of Homeland Security, *et al.*<br><br>*Defendants*. | Civil Action No. 1:26-cv-03172 (CJN) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 83.15(c), Counsel for Plaintiffs Robyn Bitner hereby notifies the Clerk of the Court and the parties of a change of address for Campaign Legal Center's Washington, DC office effective immediately. The new address is:

CAMPAIGN LEGAL CENTER
1333 New Hampshire Avenue NW, Suite 300
Washington, DC 20036

Dated: October 14, 2026

Respectfully submitted,

*/s/ Robyn Bitner*
Robyn Bitner (D.C. Bar No. 1617036)
CAMPAIGN LEGAL CENTER
1333 New Hampshire Avenue NW
Suite 300
Washington, D.C. 20036
(202) 736-2200
rbitner@campaignlegalcenter.org