**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE, et al.,
*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, et al.,

*Defendants*.

Case No. 1:26-CV-03172 (CJN)

Honorable Carl J. Nichols

## JOINT MOTION FOR AN EXTENSION OF TIME

Plaintiffs filed their Complaint on September 10, 2026, and completed service of process on the United States Attorney's Office on September 15. *See* ECF No. 10. Defendants' response to the Complaint is currently due November 16, 2026. *See* Fed. R. Civ. P. 12(a)(2). Neither party has previously requested an extension in this matter.

Defendants intend to move to dismiss the complaint. The parties have conferred and jointly request that the Court adopt the following schedule:

| | |
|---|---|
| December 4, 2026 | Defendants' Motion to Dismiss |
| January 8, 2027 | Plaintiffs' Response |
| January 22, 2027 | Defendants' Reply |

Good cause supports this Motion as the briefing schedule accounts for the number of claims raised in the Complaint as well as the upcoming holidays and the other cases and responsibilities handled by counsel for the parties. Granting this motion will not impact any other existing deadlines in this case.

For these reasons, the Court should grant the parties' joint motion and enter the proposed briefing schedule. A proposed order is attached.

Dated: November 5, 2026

Respectfully submitted,

*/s/ Danielle Lang*
Danielle Lang (D.C. Bar No. 1500218)
Sejal Jhaveri (D.C. Bar No. 90043488)
Robyn K. Bitner (D.C. Bar No. 1617036)
Renata O'Donnell (D.C. Bar No. 1723929)
David Kronig (D.C. Bar No. 1030649)
William Hancock (D.C. Bar No. 90002204)
Daniel Brophy* (Ill. Bar No. 6352742)
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave. NW, Suite 300
Washington, D.C. 20036
(202) 736-2200
dlang@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rbitner@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
dkronig@campaignlegalcenter.org
whancock@campaignlegalcenter.org
dbrophy@campaignlegalcenter.org

*Admitted *pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Caleb Coffelt*
CALEB J. COFFELT (VA Bar No. 101722)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 227-9856
Caleb.J.Coffelt@usdoj.gov

*Counsel for Defendants*