**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE, et al.,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, et al.,

*Defendants*.

Case No. 1:26-CV-03172 (CJN)

**PROPOSED ORDER**

Upon consideration of the parties' Joint Motion for an Extension of Time, (ECF No. 35), the Court hereby GRANTS the Motion. The Court hereby enters the following schedule governing this case:

| | |
|---|---|
| December 4, 2026 | Defendants' Motion to Dismiss |
| January 8, 2027 | Plaintiffs' Response |
| January 22, 2027 | Defendants' Reply |

SO ORDERED on ______________________________.

______________________________

CARL J. NICHOLS
United States District Judge